In the Matter of LAWYERS MORTGAGE COMPANY (731–735 West 183rd St.).

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of LAWYERS MORTGAGE COMPANY, Appellant.

ALEXANDER RUBIN, as Trustee, Respondent.

Argued November 15, 1940; decided December 31, 1940.

*Walter B. Herendeen* and *Vivienne M. Camps* for appellant.
*Jacob Rapoport* and *Louis S. Posner* for respondent.

Orders reversed, without costs, and matter remitted to Special Term for further proceedings in accordance with the opinion in *Matter of Lawyers Mortgage Co. (8718 Ridge Boulevard)* (284 N. Y. 371). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.